## WILLIAM JOHNSON ALIAS DAVID WRIGHT v. THE STATE.

An indictment for theft which does not allege that the property charged to
have been stolen was taken without the consent of the owner, is fatally
defective.

APPEAL from Bexar.   Tried below before the Hon.
Geo. H. Noonan.

Wm. Johnson *alias* David Wright was indicted for
"feloniously, fraudulently and unlawfully" stealing a
saddle, the property of one Radford Sharp.   The indict-
ment failed to charge in terms that the property was
taken without the consent of the owner.   A motion was
made to quash the indictment because of this defect,
which was overruled, and this action of the court is as-
signed for error.

Verdict and judgment of guilty, from which Johnson
appealed.

*James H. Burts*, for appellant.

*Browne*, for the State.

OGDEN, P. J.—The indictment in this case is fatally defective, in that it does not charge that the property alleged to have been stolen was taken without the consent of the owner. (Article 2381, Paschal's Digest; Garcia v. The State, 26 Texas, 210.) The court therefore erred in overruling the exceptions to the indictment in that respect.

The judgment is reversed and the cause dismissed.

REVERSED AND DISMISSED.